JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT HAYES, | ) No. CV 08-2755 CJC (FFM) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| W. ROSSER, *et al.*, | ) |
| Defendants. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: August 20, 2009

_____
CORMAC J. CARNEY
United States District Judge